ADAM SONDEY ET AL. v. J. W. YATES ET AL.

(Filed 18 September, 1935.)

**Appeal and Error J d—**

Where the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgments of the lower court appealed from will be affirmed without becoming precedents.

APPEAL by plaintiffs from *Grady, J.*, at December Term, 1934, of NEW HANOVER.

Civil actions by depositors to recover of officers and directors of Home Savings Bank losses alleged to have been sustained by reason of deposits, wrongfully induced, and kept in insolvent bank, consolidated for purpose of trial, and heard upon demurrers and pleas in abatement.

From judgments sustaining the demurrers and upholding the pleas in abatement, the plaintiffs appeal, assigning errors.

*Louis Goodman, W. F. Jones, James S. Manning, and Henry Averill for plaintiffs.*
*J. O. Carr for defendants Scott, Van Leuven, and Taylor.*
*Thomas W. Davis for defendants Davis and Scott.*
*Marsden Bellamy for defendants Van Leuven and Taylor.*
*George Rountree for defendant Yates.*
*Varser, McIntyre & Henry for defendants Moore, Bluethenthal, and Huggins.*
*Cyrus D. Hogue for defendants Futch and Parmele.*

PER CURIAM. The Court being equally divided in opinion, *Stacy, C. J.*, not sitting, the judgments of the Superior Court are affirmed in accordance with the usual practice in such cases, and stand as the decisions in these cases without becoming precedents. *Smith v. Powell, post*, 837.

Affirmed.